AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EDDIE F. POWELL, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF SHARPSBURG, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:06-CV-117-F** |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's Motion to Dismiss or for Summary Judgment is ALLOWED; the plaintiff's Motion for Summary Judgment is DENIED; the plaintiff's Motion to Correct or to Clarify is ALLOWED as is plaintiff's Motion to Strike; the defendant's Motion to Strike or in the Alternative to Exclude is ALLOWED in part and their Motion to Strike or Motion to Exclude is ALLOWED. The Clerk of Court is DIRECTED to file the copy of the full condensed transcript of Plaintiff's deposition as a part of the record of this case and to close this case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 27, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Eddie Powell<br>1236 Planter Street<br>Rocky Mount, NC 27801 | Allison Serafin<br>Ann Herlocker Smith<br>P.O. Box 27808<br>Raleigh, NC 27611-7808 |

| | |
|---|---|
| March 27, 2009<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |